# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DISABILITY RIGHTS PENNSYLVANIA; SENIORLAW CENTER; SOUTHEAST ASIAN MUTUAL ASSISTANCE ASSOCIATIONS COALITION, INC. (SEAMAAC); SUZANNE ERB; THE BARRISTERS' ASSOCIATION OF PHILADELPHIA,

        Petitioners

        v.

KATHY BOOCKVAR, IN HER CAPACITY AS SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA; AND JESSICA MATHIS, IN HER CAPACITY AS DIRECTOR OF THE BUREAU OF ELECTION SERVICES AND NOTARIES OF THE PENNSYLVANIA DEPARTMENT OF STATE,

        Respondents

:  No. 83 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 15th day of May, 2020, upon review and consideration of Respondents' Preliminary Objections to Petitioners' Petition for Review Addressed to the Court's Original Jurisdiction requesting declaratory and injunctive relief, Respondents' First Preliminary Objection in the nature of a demurrer is hereby sustained. Petitioners' Petition for Review Addressed to the Court's Original Jurisdiction requesting declaratory

and injunctive relief, including Petitioners' Application for Special Relief in the Nature of a Preliminary Injunction, is hereby dismissed with prejudice.

The Motions to Intervene filed by (1) Joseph B. Scarnati, III, Pennsylvania Senate President Pro Tempore and Jake Corman, Senate Majority Leader, (2) the Republican Party of Pennsylvania, Republican National Committee, and National Republican Congressional Committee, and (3) by Speaker of the House, Mike Turzai, and House Majority Leader, Bryan Cutler, are all hereby denied as moot.

Justice Wecht files a concurring statement.

Justice Todd did not participate in the consideration or decision of this matter.